IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO. 5:09cr7DCB-JCS

WILLIAM MARCUS DELOZIER

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 through 10 of the Criminal Indictment against the defendant, WILLIAM MARCUS DELOZIER, without prejudice.

STAN HARRIS
Acting United States Attorney

Date: October 20, 2009          s/ Lynn Murray.
                          By:   LYNN MURRAY
                                Assistant United States Attorney
                                Mississippi Bar No. 3690

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 through Count 10.

ORDERED this __20th__ day of October, 2009

s/ David Bramlette
UNITED STATES DISTRICT JUDGE